# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott E. Shafer, | No. CV14-1340-PHX-SRB |
| Plaintiff, | |
| v. | **ORDER** |
| Cavalry SPV I, LLC, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 7th day of November, 2014.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge